UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PAMELA LEMKE,

       Plaintiff,                              Case No. 26-cv-10926
                                               Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA,

       Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff,

this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  May 8, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2026, by electronic means and/or ordinary mail.

                                    s/Holly A. Ryan
                                    Case Manager
                                    (313) 234-5126